IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:05CR289 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| JAMES VAUGHN HAWKINS, | ) | |
| Defendant. | ) | |

Defendant James Vaughn Hawkins, appeared before the court on January 14, 2009 on a Summons for a Petition for Offender Under Supervision [44].   The defendant was represented by Assistant Federal Public Defender, Jessica P. Douglas and the United States was represented by Assistant U.S. Attorney Michael Wellman.   The defendant's oral motion to continue hearing is granted.

IT IS ORDERED:

1. The Office of the Federal Public Defender is appointed to represent this defendant in this matter.

2. An evidentiary hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 1:00 p.m., on April 7, 2009.**   Defendant must be present in person.

3. Defendant is released on the same terms and conditions of supervised release already imposed.

Dated this 15th day of January, 2009.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge